FILED BY W
2007 APR 10 AM 11:26
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Claim No.: C99-20561W
Case No.: 07-80314
CIV-HURLEY
/HOPKINS

UNITED STATES OF AMERICA §
§
§
vs. §
§
§
Michael Melendez, §

**COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

**Jurisdiction**

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

**Venue**

2. The defendant is a resident of Palm Beach County, Florida within the jurisdiction of this Court and may be served with service of process at 2210 Amesbury Court , West Palm Beach, FL 33414.

**The Debt**

3. The debt owed the USA is as follows:

| | |
|---|---|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $4,478.93 |
| B. Current Capitalized Interest Balance and Accrued Interest as of April 3, 2007 | $5,091.78 |

SCANNED

| | |
|---|---|
| C. Administrative Fee, Costs, Penalties | $0.00 |
| D. Credits previously applied (Debtor payments, credits, and offsets) | $0.00 |
| E. Attorneys fees | $500.00 |
| **Total Owed** | **$10,070.71** |

The Certificate of Indebtedness, attached as Exhibit "A", shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8.000% per annum.

**Failure to Pay**

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

**David E. Newman. P.A.**

Date: 4/6/07

By: ______________________

Jennifer A. Margolis
Florida Bar Number 0770701
1533 Sunset Drive, Suite 225
Coral Gables, Florida 33143
Tel.305-665-9633
Facsimile 305-666-9714
Email:jenmargolis@bellsouth.net

**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

CERTIFICATE OF INDEBTEDNESS

Michael Melendez
2210 Amesbury Court
Wellington, FL 33414

Acct # 128687294

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 1/23/07.

On or about 05/16/87 and 08/11/88, the borrower executed promissory note(s) to secure loan(s) of $2,625.00 and $2,625.00 from Citibank at 8 percent interest per annum. This loan obligation was guaranteed by New York State Higher Education Services Corporation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $771.07 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 10/29/92, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the total amount of $4,478.93 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 CFR 682.410(b)(4), the guarantor charged the borrower interest on the total amount paid to the holder. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 12/04/98, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $4,478.93 |
| Interest: | $5,023.06 |
| Administrative/Collection Costs: | $0.00 |
| Late fees | $0.00 |
| Total debt as of 01/23/07: | $9,501.99 |

Interest accrues on the principal shown here at the rate of $0.98 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 1/23/07

Name: Alberto Francisco
Title: Senior Loan Analyst

**STUDENT LOAN APPLICATION**

**NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION**
**99 WASHINGTON AVENUE, ALBANY, NEW YORK 12255**

Use Ball Point Pen — Press Hard

985546

**PART A — TO BE COMPLETED BY STUDENT** — PRINT CAREFULLY

**10. REFERENCES — (REFERENCES MUST RESIDE IN THE UNITED STATES) (SEE INSTRUCTIONS)**

**Promissory Note for a Student Loan Guaranteed by NYSHESC**

5/16/87

**PART B — TO BE COMPLETED BY SCHOOL**

7000056
NYSHESC School Code

Name of School: The Cape Business School

07 87 — 03 88

10059

1100 -

29457 -

2001

05 21 87

**PART C — TO BE COMPLETED BY LENDER**

022100

SLD MAILROOM
MAY 29 1987

1-800-...-6103

LENDER COPY

BEST COPY AVAILABLE AT TIME OF FILMING



## Additional Terms of the Promissory Note for a Student Loan Guaranteed by NYSHESC

II. Date Note Comes Due [illegible]

MAY 1993

III. Interest [illegible]

IV. [illegible] and Insurance [illegible]

V. Default [illegible]

VI. Default and Late Charges [illegible]

VII. Additional Agreements [illegible]

VIII. Deferment [illegible]

X. Repayment [illegible]

XI. Credit Bureau Notification [illegible]

Borrower Certification [illegible]

Pay to the order of New York State Higher Education Services Corporation without Recourse and without warranty.*

Bank: Citibank (New York State) 99 Garnsey Road, Pittsford NY 14534

By: Susan M. Klick

Susan M. Klick
Assistant Manager

BEST COPY AVAILABLE AT TIME OF FILMING

NOTICE TO STUDENT: BY YOUR SIGNATURE ON THE OTHER SIDE OF THIS APPLICATION AND PROMISSORY NOTE YOU ARE AGREEING TO THE ABOVE TERMS AND CERTIFICATION.

STUDENT LOAN APPLICATION

NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION
99 WASHINGTON AVENUE, ALBANY, NEW YORK 12255

386314

IMPORTANT: TURN OVER AND READ INSTRUCTIONS CAREFULLY BEFORE COMPLETING. PRINT CAREFULLY

1 Social Security Number: 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

2 Birth date: 03 25 69 (Mo Day Yr)

3 Area Code/Phone Number: 212 220-2465

4 U.S. Citizenship Status: [X] Citizen [ ] Eligible Non-citizen

Alien Registration Number

[X] Yes [ ] No

7 Name (Last) Melendez (First) Michael (M.I.)

8 Permanent Home Address: 2856 Briggs Avenue 1985t

City: Bronx State: NY Zip Code: 10458

9 Are You Applying For (Check one): [X] GSL ONLY [ ] GSL AND SLS/ALAS [ ] SLS/ALAS ONLY

10 REQUESTED LOAN AMOUNT $ 2625.00

11 ... loan guaranteed by New York State? (NYHEAC or NYSHESC) Check one: [X] Yes [ ] No

12 ... Guaranteed Student Loan or SLS/ALAS Loan from another State or Agency: [ ] Yes [X] No

READ INSTRUCTION ... 12 BEFORE COMPLETING

| Name of State or Agency | Amount borrowed from other State or Agency during this academic period | Total Amount owed | Interest Rate |
|---|---|---|---|
| GSL | BEST COPY AVAILABLE AT TIME OF FILMING | | |
| SLS (ALAS) | | | |

13 Lender Name & Address: CITIBANK (NEW YORK STATE) P.O. BOX 22936 ROCHESTER, NY 14692

14 REFERENCES – ... MUST RESIDE IN THE UNITED STATES. SEE INSTRUCTIONS

A. Nearest Living Adult Relative

Name: Carlos Melendez

Address: 2856 Briggs Ave. Bronx

N.Y. 10458 Phone: 220-2465

Relationship to applicant: Father

Employer: Star Binding Telephone No: 220-2465

B. Nearest Living Adult Relative Not Residing at Address in Item 14 A

Name: Letty Cotto

Address: 3104 25 St City: [illegible]

State: New York Zip: 11204 Telephone No: 718 343-5297

Relationship to Applicant: Aunt

Employer: MKS

Promissory Note for a Student Loan Guaranteed by NYSHESC

two thousand six ... dollars $2625.00

I UNDERSTAND THAT THIS IS A PROMISSORY NOTE. I WILL NOT SIGN THIS PROMISSORY NOTE BEFORE READING IT INCLUDING THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I AM ENTITLED TO AN EXACT COPY OF THIS PROMISSORY NOTE, THE NOTICE OF LOAN GUARANTEE AND DISCLOSURE STATEMENT AND ANY AGREEMENT I SIGN. BY SIGNING THIS PROMISSORY NOTE I ACKNOWLEDGE THAT I HAVE RECEIVED AN EXACT COPY HEREOF.

16 Michael Melendez (Student Borrower Signature) Date

NOTICE TO STUDENT:

Terms of the Promissory Note continue on the reverse side.

7 26006 56

19 NAME OF SCHOOL: The Pace Business School

Address: 845 Park Ave City: Yonkers

Zip Code: 10703 Telephone No: 914-965-7925

Anticipated Graduation: 12 89

22 Class Year (Check only one): [X]

23 Academic Period of Loan: From 4 89 To 12 89

25 ... 10659

26 ... 0

27 Expected Family Contribution: 2081

28 Enrollment Status: [X] Full time [ ] Half time

Signature of Authorized School Official

R. PFEUNDSTEIN DIR

Print or Type Name and Title

Date

LENDER NAME, ADDRESS AND TELEPHONE NUMBER: CITIBANK (NEW YORK STATE) MAILROOM ZZ 4, P O BOX 22936, ROCHESTER NY 14692

MAY 3 1 1989

34 SIGNATURE OF AUTHORIZED LENDING OFFICIAL

PRINT OR TYPE NAME AND TITLE

Date

ORIGINAL LENDER COPY

386314

Additional Terms of the Promissory Note for a Student Loan Guaranteed by NYSHESC

II. Date Note Comes Due [illegible]

III. Interest [illegible]

IV. Origination and Insurance Fees [illegible]

V. Default [illegible] ... within [illegible] days of the filing of a petition.

VI. Default and Late Charges. I agree to pay, in the event of default [illegible] ... a monthly payment within 10 days of its due date, the lender may require [illegible] ... 5% of the late payment or $5.00, whichever is less.

VII. Additional Agreements. [illegible] ... No provision of this Note can be waived or modified [illegible] ... I may be under 18 years of age [illegible] ... by reason of hardship [illegible] ... Albany County, New York [illegible] ... any other owner of this Note.

VIII. Deferment. [illegible] ... Government [illegible] ... repayment period has begun, I am not in default [illegible] ... qualify for the deferment [illegible] ... determined by that school [illegible] ... United States [illegible] ... approved by the Secretary of Education [illegible]

Pay to the order of New York State Higher Education Services Corporation without recourse. [illegible] NY 12255 [illegible] By [signature] Account Manager

X. Repayment [illegible]

XI. Credit Bureau Notification [illegible]

BEST COPY AVAILABLE AT TIME OF FILMING

Borrower Certification

[illegible]

NOTICE TO STUDENT: BY YOUR SIGNATURE ON THE OTHER SIDE OF THIS APPLICATION AND PROMISSORY NOTE YOU ARE AGREEING TO THE ABOVE TERMS AND CERTIFICATION.

# CIVIL COVER SHEET

07-80314 CIV-HURLEY / HOPKINS

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

UNITED STATES OF AMERICA

**DEFENDANTS**

MICHAEL MELENDEZ

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ________
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT PALM BEACH
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS DAVID E. NEWMAN, P.A. 305-665-9633
1533 Sunset Drive, #225
Coral Gables, FL 33143

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, (PALM BEACH), MARTIN, ST LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

2007 APR 10 PM 2:24 — CLERK U.S. DIST. CT. S.D. OF FLA.

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

WPB 07-80314-CIV-HURLEY-HOPKINS

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

**A CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [X] 152 Recovery of Defaulted Student Loans (Excl Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability

**A REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**A TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

PERSONAL INJURY
- [ ] 362 Personal Injury – Med Malpractice
- [ ] 365 Personal Injury – Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**A CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 444 Welfare
- [ ] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence
- HABEAS CORPUS:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**A LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt Relations
- [ ] 730 Labor/Mgmt Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl Ret Inc Security Act

**A BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**A PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**B SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS – Third Party 26 USC 7609

**A OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/etc
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions A OR B

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

RECOVERY OF FUNDS EXPENDED BY PLAINTIFF AS GUARANTOR OF A DEFAULTED FEDERALLY INSURED STUDENT LOAN. CFR 682.100(4)(d)

LENGTH OF TRIAL via 1 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint: JURY DEMAND: ☐ YES  [X] NO

**VIII. RELATED CASE(S)** (See instructions) **IF ANY**   JUDGE ________   DOCKET NUMBER ________

DATE 4/6/07   SIGNATURE OF ATTORNEY OF RECORD
Jennifer A. Margolis (F.B.N. 0770701)

FOR OFFICE USE ONLY

FEE WAIVED

RECEIPT # ________ AMOUNT ________ APPLYING IFP ________